# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------x

ANNETTE LAGUARDIA

                        Plaintiff,

    -against-

AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES,
INC. d/b/a AMAZON.COM and AMAZON MARKETPLACE

                    Defendants.

--------------------------------------------------------------------x

Index No. 159912/2025

**Statement of Service by Mail of Summons and Complaint
and Notice Regarding Electronic Filing**

## Statement of Service By Mail

To:    Amazon.com, Inc. a/k/a Amazon.com Services,
Inc. d/b/a Amazon.com
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department - Legal Process

    The enclosed summons and complaint and Notice of Electronic Filing, are served pursuant to Section 312-a of the Civil Practice Law and Rules.

    To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

    If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint, or summons and notice, or notice of petition and petition in any other manner permitted by law may be entered as a judgment against you.

    If you have received a complaint or petition with this statement, the return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult an attorney, you should do so as soon as possible before the twenty (20) days expire.

    If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority. **It is a crime to forge a signature or make a false entry on this statement or on the acknowledgment.**

Jaroslawicz & Jaros PLLC
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

                                Rochelle Meyer

---

### Acknowledgment of Receipt of Summons and Complaint and Notice Regarding Electronic FIling

I received a summons and complaint, or summons and notice, or notice or petition and petition and Notice regarding Electronic Filing in the above-captioned matter at

_____
           insert address

PLEASE CHECK ONE OF THE FOLLOWING; IF 2 IS CHECKED, COMPLETE AS INDICATED:

_____ 1. I am not in military service.

_____ 2. I am in military service, and my rank, serial number and branch of service are as follows:

    Rank_____    Serial Number_____    Branch of Service _____

Date:_____
    (Date this Acknowledgment is executed)

I affirm the above as true under penalty of perjury.

_____
        Signature

_____        _____
        Print Name                     Relationship to entity/Authority to Receive Service of Process

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x

ANNETTE LAGUARDIA

                       Plaintiff,

-against-

AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES,
INC. d/b/a AMAZON.COM and AMAZON MARKETPLACE

                       Defendants.

-----------------------------------------------------------------x

Index No. 159912/2025

**Statement of Service by Mail of Summons and  Complaint
and Notice Regarding Electronic Filing**

**Statement of Service By Mail**

To:      Amazon.com, Inc. a/k/a Amazon.com Services,
Inc. d/b/a Amazon.com
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department - Legal Process

      The enclosed summons and complaint and Notice of Electronic Filing, are served pursuant to Section 312-a of the Civil Practice Law and Rules.

      To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

      If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint, or summons and notice, or notice of petition and petition in any other manner permitted by law may be entered as a judgment against you.

      If you have received a complaint or petition with this statement, the return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult an attorney, you should do so as soon as possible before the twenty (20) days expire.

      If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority. **It is a crime to forge a signature or make a false entry on this statement or on the acknowledgment.**

Jaroslawicz & Jaros PLLC
225 Broadway, 24ᵗʰ Floor
New York, New York 10007
(212) 227-2780

                                 Rochelle Meyer

---

**Acknowledgment of Receipt of Summons and Complaint and Notice Regarding Electronic FIling**

I received a summons and complaint, or summons and notice, or notice or petition and petition and Notice regarding Electronic Filing in  the above-captioned matter at

_____
              insert address

PLEASE CHECK ONE OF THE FOLLOWING; IF 2 IS CHECKED, COMPLETE AS INDICATED:

____ 1.  I am not in military service.

____ 2.  I am in military service, and my rank, serial number and branch of service are as follows:

        Rank_____    Serial Number_____    Branch of Service _____

Date:_____
    (Date this Acknowledgment is executed)

**I affirm the above as true under penalty of perjury.**

_____
           Signature

_____        _____
          Print Name                         Relationship to entity/Authority to Receive Service of Process

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM

NYSCEF DOC. NO. 1

INDEX NO. 159912/2025

RECEIVED NYSCEF: 07/28/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ANABELLE LAGUARDIA,

Plaintiff,

-against-

AMAZON.COM, INC. a/k/a AMAZON.COM
SERVICES, INC. d/b/a AMAZON.COM and AMAZON
MARKETPLACE

Defendants.

Index No:    159912/2025
    7/29/2025

Date Purchased:

## SUMMONS

Plaintiff designates NEW YORK County as place of trial, based on address of a party.

TO THE ABOVE-NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, on the plaintiff's Attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York) and to file a copy of your answer with the Clerk of the above-named Court; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

**NOTICE OF ELECTRONIC FILING**
(See Rider, attached)

Dated: July 28, 2025

JAROSLAWICZ & JAROS PLLC
*Attorneys for plaintiff*

By:    _____
Elizabeth Eilender, of counsel
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780
eeilender@lawjaros.com

Defendants' addresses:
424 Fifth Avenue
New York, New York 10018

410 Terry Avenue N.
Seattle, Washington 98109

Case 1:25-cv-07954-LGS    Document 1-25    Filed 09/24/25    Page 5 of 29

### Rider to Summons

## NOTICE OF ELECTRONIC FILING
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" [below]).

- **If you are not represented by an attorney:**
  **You will be served with all documents [on] paper and you must serve and file your documents [on] paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the Internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and file your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or [to obtain] more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or

- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

### Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).    EFM-1 (6/6/18)

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM

NYSCEF DOC. NO. 1

INDEX NO. 159912/2025

RECEIVED NYSCEF: 07/28/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY NEW YORK
----------------------------------------------------------------------x
ANABELLE LAGUARDIA,

                          Plaintiff,

       -against-

AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES,
INC. d/b/a AMAZON.COM and AMAZON
MARKETPLACE

                     Defendants.

----------------------------------------------------------------------x

Index No.     159912/2025

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, Jaroslawicz & Jaros PLLC complaining of the defendants, upon information and belief, alleges as follows:

## THE PARTIES

1. At all times hereinafter mentioned, plaintiff ANABELLE LAGUARDIA is a resident of the State of New York. ("plaintiff").

2. At all times hereinafter mentioned, defendant AMAZON.COM, INC. a/k/a AMAZON.COM SERVICES INC. d/b/a AMAZON.COM was and is a foreign C Corporation with its principal place of business located at 410 Terry Avenue N., Seattle, Washington 98109 with a New York City office located at 424 Fifth Avenue, New York, New York. ("Amazon", "Amazon defendants" or "defendants").

3. At all times hereinafter mentioned, defendant AMAZON MARKETPLACE was and is a foreign C Corporation with its principal place of business located at 410 Terry Avenue N.,

I

Seattle, Washington 98109 with a New York City office located at 424 Fifth Avenue, New York, New York. ("Amazon", "Amazon defendants" or "defendants").

4. At all times hereinafter mentioned, the Amazon defendants operated as a retailer, seller, distributor, and facilitator utilizing their website for consumers at: **amazon.com**, that includes listings for consumer products, as that term is defined at Section 3(a)(5) of the Consumer Product Safety Act and 15 U.S.C. §2052(a)(5). *See,* In the Matter of Amazon.com, Inc., Docket no. 21-2. Complaint issued by the United States of America Consumer Product Safety Commission

5. Through the website amazon.com, the Amazon defendants offer an e-commerce business in which Amazon and its users can connect with consumers via the internet, expanding sales opportunities beyond traditional brick-and-mortar and direct retail sales channels. *Id.* at ¶8.

6. Amazon was pivotal in bringing the product to the consumer, the plaintiff.

7. Amazon is a direct link in the chain of distribution of the defective product and accordingly should be held liable if a product sold through its website is defective.

8. Amazon is the largest e-commerce sales market in the United States accounting for nearly 40% of all US ecommerce sales and second place Walmart at 6% is not even close. *See, Business Dasher.com* (Last visited July 25, 2025); *Seller Commerce.com* (Last visited July 25, 2025; *The Associated Press (*Last visited July 28, 2025)

9. At all times hereinafter mentioned, the Amazon defendants were in the business of marketing, promoting, selling, distributing, delivering and otherwise placing into the stream of commerce, "hundreds of millions of unique products," including but not limited to the *Giantex Lounge Chair* in the State of New York and elsewhere ("Chair" "Product") purchased by the plaintiff. Amazon Annual Report 2024 (Last visited July 24, 2025).

2

10.     According to Amazon's product listing for the Product purchased by plaintiff, the Product was allegedly manufactured, distributed and/or sold under the alleged brand "Giantex" with no further meaningful identification. **Exhibit A**, Amazon Product listing.

11.     According to Amazon's order tracking details for the Product purchased by plaintiff, the Product was allegedly sold through Amazon. "Giantex" is an alleged Amazon seller with no meaningful identification. **Exhibit B**, Plaintiff's Order details.

12.     On its website, Amazon touted the Product as suitable as a "lounge chair outdoor, tanning chair, folding beach chair with face arm hole [sic], washable pillow, side pocket, carry handle, adjustable pool lounger for patio, lawn, lounge chair outside" with a "thoughtfully designed versatile adjustable locking system, allowing you to choose from 5 different positions for optimal comfort. Whether you prefer sitting up, reclining, or laying [sic] flat, this chair can accommodate your needs for resting" and that the chair is "perfect for beach trips, patio relaxation, poolside lounging, garden retreats, office breaks, bedroom relaxation, and balcony enjoyment." **Exhibit A**.

13.     Amazon was an integral part of the overall producing and marketing enterprise that should bear the cost of injuries resulting from the defective Product.

14.     Upon information and belief, Amazon's marketing of the Product is deceptive and intentionally misleads consumers in order to lure consumers into believing that the Product is safe and without risk, which it is neither.

15.     Upon information and belief, there was nothing written on the Product box or any accompanying literature or on Amazon's website to warn consumers that the Product is dangerous, unfit for the purpose intended, and can crush, lacerate, fracture and sever a user's fingers.

3

16. Amazon's website instructions customers to "contact the manufacturer" is meaningless. When someone calls the telephone number provided, no human answers the phone. Instead, an automated system identifies a different company name entirely and proceeds to state that they are too busy to answer the telephone due to COVID. There is no way to reach a human being on the telephone or by clicking on the purported website for the manufacturer. The entire "contact the manufacturer" instruction is a joke on the hapless consumer.

17. Upon information and belief, defendant Amazon's purported "A to Z Claims Process for Property Damage and Personal Injury" ("Claims Process") is illusory. Amazon's *A to Z Claims Process Terms and Conditions* and *A to Z Guarantee for Property Damage and Personal Injury* policies are annexed hereto as **Exhibit C**.

18. The Claims Process, which Amazon promotes as "quick and efficient" conspicuously excludes any payments for non-economic damages, attorneys' fees, punitive damages and other losses. **Exhibit C**.

19. Consumers such as the plaintiff are not knowingly dealing with unidentified companies, they are reading and relying upon marketing language on Amazon's website, ordering the products from Amazon, the Product is shipped by Amazon with Amazon packaging, and the consumer is paying Amazon and relying on Amazon's integrity that the Product is safe and suitable for use. **Exhibits A & B**.

20. Upon information and belief, whatever secret relationships exist between Amazon and others who pay a fee to sell and distribute dangerous products through the Amazon website, should not inure to defendants' benefit or worse, immunize Amazon from liability under consumer protection, product liability, breach of warranty and negligence laws in the United States.

4

Case 1:25-cv-07954-LGS    Document 1-225    Filed 09/24/25    Page 10 of 29

21.    Defendant Amazon is in the best position to be aware that products sold on their website, including the Product at issue herein, injure consumers while Amazon profits from promoting and selling the Product.

22.    Upon information and belief, Amazon knew or should have known through the Product's customer reviews and otherwise that the Product caused injury and harm, yet defendant Amazon continued to market, sell and distribute the Product for profit.

23.    Upon information and belief, Amazon did not perform any testing on the Product prior to marketing, promoting, selling and distributing it to plaintiff and the public at large.

24.    One of Amazon's strategies has been to "expand aggressively into multiple business lines" *Amazon's Antitrust Paradox*, 126 Yale L.J. 710 citing Amazon.com, Inc., Annual Report (Form 10-K) 4 (January 28, 2016) (Last visited July 24, 2025) *See also*, WSJ RE: Grocery Expansion (Last visited July 28, 2025).

25.    In addition to being a retailer, Amazon is a marketing platform, for which it gets paid handsomely and without which plaintiff would not have been aware of the Product and would not have purchased the Product. *Amazon's Antitrust Paradox*, 126 Yale L.J. 710 citing Amazon.com, Inc., Annual Report (Form 10-K) 4 (January 28, 2016) (Last visited July 24, 2025).

26.    Manufacturers and distributors sell their wares through Amazon Marketplace where they list their goods on Amazon's platform. Amazon earns "… fixed fees, a percentage of sales, per-unit activity fees, interest, or some combination thereof for [their] seller programs" collecting fees from sales from them. Amazon Annual Report 2024 (last accessed July 24, 2025) and *Amazon's Antitrust Paradox*, 126 Yale L.J. 710, citing Angus Loten & dam Janofsky, Sellers Need Amazon, but at What Cost?, WALL ST. J. (Jan. 14, 2015, 6:30 PM); *See, also*, AP RE:

5

Lawsuit on Overcharging Sellers; Reuters RE: Merchants Demand for Lower Fees FTC Suit; and Bloomberg RE: New Fees "Kick in the Gut" (Last visited July 28, 2025)

27.    Amazon's sophistication and capability to be on notice that a product sold on their website is hurting people is mere child's play, and in fact, upon information and belief, Amazon was fully aware of the Product's dangers and yet continued to sell it.

28.    Amazon readily admits in its 2024 Annual Report that it is subject to product liability claims when people are harmed by the products sold and/or manufactured by Amazon:

> Some of the products we sell or manufacture expose us to product liability or food safety claims relating to personal injury or illness, death, or environmental or property damage, and can require product recalls or other actions. Third parties who sell products using our services and stores also expose us to product liability claims. Additionally, under our A-to-z Guarantee we may reimburse customers for certain product liability claims up to certain limits in these situations, and as our third-party seller sales grow, the cost of this program will increase and could negatively affect our operating results. Although we maintain liability insurance, we cannot be certain that our coverage will be adequate for liabilities actually incurred or that insurance will continue to be available to us on economically reasonable terms, or at all. **Although we impose contractual terms on sellers that are intended to prohibit sales of certain type of products, we may not be able to detect, enforce, or collect sufficient damages for breaches of such agreements.** In addition, some of our agreements with our vendors and sellers do not indemnify us from product liability.

Amazon Annual Report 2024 [emphasis added]

29.    If Amazon "may not be able to detect, enforce, or collect sufficient damages" then how is an ordinary consumer such as the plaintiff supposed to be compensated for damages sustained from a defective product sold by Amazon allegedly made in China? *Id.*

## THE UNDERLYING FACTS

30.    On or about May 7, 2024, and prior thereto, the Product was touted to the plaintiff for sale on defendant Amazon's website amazon.com. Amazon Product listing annexed hereto as **Exhibit A.**

6

Case 1:25-cv-07954-LGS Document 1-2 Filed 09/24/25 Page 12 of 29

31. On or about May 7, 2024, the plaintiff ordered the Product through defendant Amazon's website. **Exhibit B.**

32. The plaintiff paid Amazon.com a/k/a Amazon Marketplace the sum of $84.52 to purchase the Product. **Exhibit B.**

33. The plaintiff reasonably believed that she was purchasing the Product from defendant Amazon as the seller because she ordered it from their website and paid them for the Product. **Exhibit B**

34. Said product was subsequently delivered to the plaintiff by Amazon in Amazon packaging.

35. On or about June 12, 2025, the plaintiff was making use of the Product in accordance with the purported packaging instructions and/or in a manner that could have and should have been anticipated by the defendant.

36. The plaintiff followed all instructions on the Product packaging and labels.

37. The plaintiff used the Product in a foreseeable and predictable manner.

38. While plaintiff was sitting on the Product, she attempted to adjust the reclining position when the chair suddenly and without warning forcefully snapped backwards and collapsed on both of plaintiff's hands and in particular fingers on both hands at the same time crushing fingers on both hands causing, a partial amputation of one finger, a fracture of another finger and other injuries.

39. Plaintiff was required to seek immediate hospital and medical attention and was required to undergo extensive medical treatment for the severe and permanent personal injuries.

7

Case 1:25-cv-07854-LGS    Document 1-25    Filed 09/24/25    Page 13 of 29

## AS AND FOR A FIRST CAUSE OF ACTION AS AGAINST DEFENDANTS

40.    The Product was defectively designed, manufactured, fabricated, tested, labeled, inspected, marketed, distributed, monitored, promoted, and sold by defendant.

41.    The Product was defective and unreasonably dangerous when the defendant placed it into the stream of commerce because it was advertised to be safe and instead crushed and amputated plaintiff's fingers leaving her with permanent disfigurement.

42.    Upon information and belief, despite due notice and actual knowledge of the defective Product and the imminent risk of harm said defect posed to consumers, defendant purposefully concealed said defect, refused/failed to notify consumers, failed to recall the Product and continued to market, sell and distribute the defective Product to consumers including but not limited to plaintiff.

43.    Upon information and belief, notwithstanding the foregoing due notice, defendant intentionally concealed such information, failed to provide adequate warnings or instructions concerning the product and continued to consistently market the Product.

44.    The defects in the Product were a proximate cause of the damages suffered by the plaintiff.

45.    As a result of the defendants' negligent, willful, wanton, malicious, and reckless conduct, while using the Product as intended and/or anticipated, the plaintiff was caused to suffer severe and permanent personal injuries, including, but not limited to, permanent scarring deformity and disfigurement; partial amputation of right pinky finger, resulting in exposed bone and removal of the nail bed; fracture and hematoma in left ring finger; required debridement and antiseptic soaking of right finger; required ice to left finger; tetanus shot; extensive bandaging of both fingers; required Micro Matrix powder mixed with Neosporin, Xeroform Occlusive Gauze, sterile gauze,

8

Case 1:25-cv-07954-LGS Document 1-25 Filed 09/24/25 Page 14 of 29

and a self-adhesive bandage for right finger for months and to the present time; unsuccessful and painful procedure to drain hematoma of left finger; required splint for right finger; required prescription pain and antibiotic medications including Cephalexin 500 mg, Oxycodone HCL 5 mg, and Naloxone HCL 4 mg; required medical, surgical and hospital care and will require such care in the future; suffered an infection to left finger with pus and inflammation requiring additional hospital treatment; underwent excruciating procedure wherein holes were drilled in nail of left finger to drain pus; required to soak left finger in warm Epson salt water three times a day and apply gentle pressure to assist drainage; requires splint on left finger and right finger must be kept dry at all times; continued redness and swelling of both fingers requiring additional emergency department treatment; required to change dressing for right finger every several days or sooner if it becomes wet; possible future reconstructive surgery or further amputation to right finger; requires a custom slip-on finger prosthetic; loss of left finger nail bed; residual hard bump and deformity on left finger nail bed; right finger permanent loss of range of motion, stiffness and loss of use; required to change Micro Matrix dressing every three days for right finger; extreme emotional distress; past and future pain and suffering; mental anguish and distress; depression; anxiety; cosmetic deformity; humiliation and embarrassment in her career as a make-up artist; required assistance with activities of daily living; unable to dress and care for herself; unable to take care of personal hygiene; difficulty taking showers; unable to cook and take care of her home; incurred out of pocket expenses including physician co-pays, costs for prosthetic finger, medical supplies; loss of earnings; and plaintiff was otherwise damaged all of which damages are permanent in nature and continuing into the future.

46. By reason of the foregoing, the plaintiff is entitled to recover all of her damages from the defendants.

9

47.    The conduct of defendants was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

## AS AND FOR A SECOND CAUSE OF ACTION AS AGAINST DEFENDANTS

48.    Plaintiff repeats, reiterates and realleges each of the foregoing allegations with the same force and effect as if more fully set forth at length herein.

49.    The defendants warranted and represented, both expressly and impliedly, that the Product was reasonably safe, fit for its intended purpose and reasonably foreseeable use and of merchantable quality. See, UCC §2-314 and 2-315.

50.    Plaintiff relied upon the skill and judgment of the defendant seller and upon the aforesaid warranties and representations and expected that the Product was reasonably safe and fit for the purpose for which it was intended.

51.    The defendants' representations and warranties were false and misleading and were breached because the Product was defective, hazardous, dangerous, not reasonably safe, not fit for its intended or reasonably foreseeable uses, not of merchantable quality, and did not meet the expectations of consumers, including plaintiff.

52.    That, in fact, the Product was not fit for the purpose for which it was intended; the Product was defective and not properly formulated; it was not properly prepared; used improper and inferior materials; was of inferior quality; was not properly inspected prior to being manufactured or sold; failed to contain proper and adequate warnings.

53.    Thus, the defendants breached their express and implied warranties.

54.    The defendants' breaches were a proximate cause of the damages suffered by the plaintiff as set forth above.

10

NYSCEF DOC. NO. 1

55. By reason of the foregoing, plaintiff is entitled to recover all of her damages from the defendants.

56. The conduct of defendants was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

## AS AND FOR A THIRD CAUSE OF ACTION AS AGAINST DEFENDANTS

57. Plaintiff repeats, reiterates and realleges each of the foregoing allegations with the same force and effect as if more fully set forth at length herein.

58. The defendants were reckless, careless and negligent in designing, manufacturing, assembling, testing, labeling, inspecting, marketing, distributing, monitoring, promoting, and selling an inherently dangerous and hazardous Product to the public, and to the plaintiff in particular; in marketing and selling a Product which severed plaintiff's finger and fractured another finger; in falsely advertising the purported benefits of the Product; in failing to warn the public, and the plaintiff in particular, and adequately convey the risks of the Product; in conveying false benefits of the Product; in deceptively and falsely advertising, promoting and stating that the Product was safe to mislead consumers without disclosing or warning of any potential risks; in launching a force or instrument of harm; in failing to equip the Product with necessary and adequate safety guard(s) or device(s); in failing to provide adequate, necessary and proper instructions with the Product; in violating all applicable statutes, rules and regulations; in failing to remove the Product from defendant's website despite actual knowledge of its dangers; in marketing and selling a defective product despite being on actual notice of its dangers; selling a product in New York from some factory in China who claims it is not subject to jurisdiction in New York or otherwise not available in New York; in failing to obtain an Underwriter's

11

Laboratories Certification from the manufacturer; in violating Amazon's own internal rules and standards for goods sold on Amazon.com and defendants were otherwise, reckless, careless and negligent.

59.    Upon information and belief, the defendants were aware of the defects and dangers caused by the Product through numerous other incidents, public message board postings, customer complaints, reviews, reports and other sources but negligently failed to take the appropriate steps to redesign or remove the Product from Amazon's website and defendants nevertheless continued to market and sell the Product even after being put on notice of serious injuries resulting from use of the Product.

60.    The defendant failed to warn that the Product was of inferior quality, dangerous and could cause serious harm; created a dangerous condition; and failed to recall or remove the Product from its website even after, upon information and belief, receiving numerous reports and complaints about the Product's dangers and of persons being injured due to the Product.

61.    The defendants' negligence was a proximate cause of the damages suffered by the plaintiff as set forth above.

62.    By reason of the foregoing, plaintiff is entitled to recover all of her damages from the defendants.

63.    The conduct of defendants was so willful, wanton, malicious, reckless and in such disregard for the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury and merits the imposition of punitive damages in addition to actual damages.

WHEREFORE, plaintiff demands judgment against the defendants, to recover for all of her damages, including punitive damages, all together with the costs and disbursements of this action.

12

Case 1:25-cv-07954-LGS    Document 1-2    Filed 09/24/25    Page 18 of 29

Dated: July 28, 2025

JAROSLAWICZ & JAROS PLLC
Attorneys for Plaintiff

ELIZABETH EILENDER
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

13

Case 1:25-cv-07054-LGS   Document 1-2   Filed 09/24/25   Page 19 of 29

## VERIFICATION

ELIZABETH EILENDER, OF COUSNEL to the firm of JAROSLAWICZ & JAROS PLLC, attorneys for the plaintiff in the within action, duly admitted to practice in the Courts of the State of New York, affirms the following statements to be true under the penalties of perjury, pursuant to Rule 2016 of the CPLR:

That she has read the foregoing **Complaint** and knows the contents thereof; that the same is true to her own knowledge except as to those matters therein stated to be alleged upon information and belief, and that as to those matters, she believes them to be true.

Affiant further states that the source of her information and the grounds of her belief are derived from the file maintained in the normal course of business of the attorneys for the plaintiff.

Affiant further states that the reason this affirmation is not made by the plaintiff is that at the time this document was being prepared, the plaintiff was not within the County of New York, which is the County where the attorney for the plaintiff herein maintains their office.

Dated: July 28, 2025

ELIZABETH EILENDER

FILED: NEW YORK COUNTY CLERK 07/28/2025 05:29 PM    INDEX NO. 159912/2025

NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 07/28/2025

Home & Kitchen ▾    Search Amazon    EN ▾    Account & Lists ▾    & Orders

All    Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop now

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Lounge Chairs



Click to see full view

### Giantex Lounge Chair Outdoor, Tanning Chair, Folding Beach Chair with Face Arm Hole, Washable Pillow, Side Pocket, Carry Handle, Adjustable Pool Lounger for Patio, Lawn, Lounge Chair Outside, Blue

the Giantex Store

274 ratings

$79⁹⁹

Buy now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you qualify with no impact to your credit bureau

Item Package Quantity: 1

| 1 | 2 |
|---|---|
| $79.99 | $159.99 ($80.00 / count) $143.99 |

Color: Blue

  

| Brand | Giantex |
|---|---|
| Color | Blue |
| Product Dimensions | 68"D x 23.5"W x 30"H |
| Size | 70.5D x 23W x 26.5H in |
| Back Style | Solid Back |

**Material**
600Dx300D Oxford Fabric+PE Coating, Aluminum, Iron

**Item Weight**
13 Pounds

**Frame Material**
Metal

**Seat Material Type**
Plastic

### About this item

- 5 Adjustable Positions & Ergonomic Backrest: Our lounge chair is thoughtfully designed with a versatile adjustable locking system,

$79⁹⁹

FREE delivery **August 4 – 6.**
Details

　Delivering to New York 10013 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from    Giantex
Sold by    Giantex
Returns    30-day refund/replacement
Payment    Secure transaction

**Add a Protection Plan:**
2-Year Protection Plan for $13.99
3-Year Protection Plan for $17.99
Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List



**PLAINTIFF'S EXHIBIT**

**A**

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM

NYSCEF DOC. NO. 2

INDEX NO. 159912/2025

RECEIVED NYSCEF: 07/28/2025

allowing you to choose from 5 different positions for optimal comfort. Whether you prefer sitting up, reclining, or laying flat, this chair can accommodate your needs for resting.

- 330lbs Weight Capacity & 600D Oxford Cloth: This beach chair is made of sturdy aluminium and iron tubes, ensuring it can hold up to 330 lbs. With three foot supports and six slip-resistant foot mats, it offers excellent stability. The 600D Oxford cloth seat with a PE paint coating is not only durable but also weather-resistant. Stay comfortable and relaxed with its breathable design. Perfect for any outdoor setting, this chair is a reliable and versatile choice.

- Enhance Comfort for Ultimate Relaxation: This tanning chair offers extra comfort with its soft pillow and arm slots. The removable pillow can be adjusted to provide support for your head, neck, or lumbar region. When lying face down, the face hole allows you to bury your face for added relaxation, while the arm slots provide a cozy place to rest your hands. Additionally, the side storage pocket conveniently holds your essentials, reducing any unnecessary burden.

- No Need Assembly-1 Step Setup : With its folding design, this sunbathing chair offers easy setup and storage. No tools are needed! Simply unfold the chair by hand in a matter of seconds. Expand it to its full size and adjust the position to your liking. Please exercise caution when opening it to avoid any accidents. When you're done using it, the chair can be easily folded back into a compact size, making it incredibly convenient to store, especially in limited spaces.

- Versatile and Portable: This outdoor chaise lounge is designed to adapt to various scenes. Whether you need a reclining lounge chair, a camping cot, or a temporary bed. Weighing just 13 lbs, it is lightweight and easy to carry, making it perfect for beach trips, patio relaxation, poolside lounging, garden retreats, office breaks, bedroom relaxation, and balcony enjoyment. Experience comfort and convenience wherever you go with this versatile and portable lounge chair.

Report an issue with this product or seller

## Competitively priced item

Choice



Amazon Basics Outdoor Patio Zero Gravity Lounge Chair with Pillow, Folding Reclining and Textilene Adjustable, Folding Lounge Lawn Chairs for Outside, 26", Blue (33649)

$48.99

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM    INDEX NO. 159912/2025

NY_____ NO. 3

RECEIVED NYSCEF: 07/28/2025

Order Details

## Order Summary

Order placed May 7, 2024    Order # 111-6922480-0067468

**Ship to**

Anabelle LaGuardia

United States

**Payment method**

Prime Store Card  ending in 4757

Earn 5% back

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $77.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $77.99 |
| Estimated tax to be collected: | $6.53 |
| Grand Total: | $84.52 |



Giantex Lounge Chair Outdoor, Tanning Chair, Folding Beach Chair with Face Arm Hole, Washable Pillow, Side Pocket, Carry Handle, Adjustable Pool Lounger for Patio, Lawn, Lounge Chair Outside, Blue

Sold by: Giantex

Supplied by: Other

$77.99

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM    INDEX NO. 159912/2025

NYSCEF DOC. NO. 4    RECEIVED NYSCEF: 07/28/2025

All ▾    Search Amazon    EN ▾    Account & Lists ▾    Orders

## Help & Customer Service

‹ All Help Topics

### A-to-z Guarantee

Request an A-to-z
Guarantee Refund

View Your A-to-z Refund
Claim Status

Cancel a Request for A-to-z
Guarantee Refund

Appeal a Denied A-to-z
Guarantee Refund

A-to-Z Guarantee

**A-to-z Claims Process
Terms and Conditions**

A-to-z Guarantee for
Property Damage and
Personal Injury

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
item

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password

**Find more solutions**

Ordering › Ordering From Third-Party Sellers › A-to-z Guarantee ›

# A-to-z Claims Process Terms and Conditions

**Last Updated August 10, 2021**

By making a claim for compensation for property damage or personal injury under the A-to-z Claims Process, you agree to the following Terms and Conditions. Please read them carefully.

1. As a convenience to you (our customers), Amazon offers a quick and efficient process for attempting to resolve requests for compensation for personal injury and property damage caused by defective products purchased through Amazon.com (the "A-to-z Claims Process" or "Process"). The Process is not insurance or a warranty, and it does not replace any applicable insurance or warranty that may be available to you. The Process does not guarantee payment of any amount, and Amazon reserves the right to reject any request made through this process. By offering this Process, we are not waiving any other rights or assuming any other obligations than those expressly stated in these terms.

2. The A-to-z Claims Process applies only to physical products you have purchased through Amazon.com, regardless of who sells those products. It does not cover digital items, payments for services, stored value instruments, or products sold through other stores by parties who might otherwise be affiliated with Amazon.

3. Any offers of compensation made through the A-to-z Claims Process will be limited to (a) the purchase price of the product; and (b) compensation of up to $1 million for medical expenses, lost wages, and property damage proximately caused by a defective product. Amazon will not offer to compensate you for non-economic damages, business losses, consequential and incidental damages, attorney fees, punitive damages, or other losses.

4. You are not obligated to make claims through the A-to-z Claims Process. If you choose to make a claim through the A-to-z Claims Process, you must do so within 90 days after the incident giving rise to your claim occurs. If you choose not to make a claim or miss this deadline, neither you nor Amazon waives any rights or defenses relating to any claims you might have.

5. If you do make a claim through the A-to-z Claims Process, you agree you will not file a claim in an alternative forum (like a court or arbitration) until we have a chance to notify you of a decision on your claim. Claims made under the A-to-z Claims Process are usually resolved within 90 days. You may withdraw a claim made under this Process at any time by giving us notice in writing, with your claim identification number, at a-to-z-claim-withdrawal@amazon.com.

6. In order to file a complete claim, you will provide enough information to allow us to investigate your claim. If you are filing a claim for personal injury or property damage, you will need to provide evidence of your loss, like insurance records, photographs, repair bills, wage records, or medical bills. We may ask you for more information in order to complete your claim. By making a claim, you authorize us or our agents to contact any third parties who may have knowledge of your claim to inquire about your claim, including your medical providers, your insurers, or any witnesses to the event. You also authorize us to share information about your claim with parties necessary to investigate your claim, including the seller, their insurer, and our insurer. For more information about how Amazon handles your personal information, please see our Privacy Notice.

PLAINTIFF'S
EXHIBIT

C

7. Amazon and its agents reserve the right to determine the amount, if any, to offer you to attempt resolve a claim made through the A-to-z Claims Process. We will act in good faith to offer you fair compensation. We may involve the seller in our determination and we may use independent sources like insurance industry schedules. We may reject claims that we believe are unsubstantiated, frivolous, or abusive. We may reject claims if you do not respond to our requests for information or if the information you provide is inaccurate. We may reject claims if there is not sufficient evidence that the product was defective or if the defect did not cause the damage claimed by the customer. We may reject claims that we believe would be better suited to resolution in court. If we reject a claim for any reason, neither you nor Amazon waives any rights or defenses relating to any claims you might have.

8. You are under no obligation to accept our offer to resolve your claim, but if you do accept it you agree that the claim is settled and finally resolved as to Amazon and the seller who sold you the product. To the extent allowable by law, you will also assign your claim to us so that we can pursue recovery from other sources in our discretion. You may be required to sign a release and assignment form.

9. If you have already received compensation from another source such as the seller or manufacturer, you will not be eligible for recovery through the A-to-z Claims Process.

10. Any claims you make through the A-to-z Claims Process will be subject to the Amazon Conditions of Use, including its choice of law and dispute resolution provisions. In the event of a conflict between the Amazon Conditions of Use and these Terms and Conditions, the Terms and Conditions will govern.

Was this information helpful?

Yes    No

**Get to Know Us**
Careers
Amazon
Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM

NYSCEF DOC. NO. 4

INDEX NO. 159912/2025

RECEIVED NYSCEF: 07/28/2025

Update location    ｜ ▾  Search Amazon    EN ▾  Account & Lists ▾  & Orders

# Help & Customer Service

‹ All Help Topics

## A-to-z Guarantee

Request an A-to-z
Guarantee Refund

View Your A-to-z Refund
Claim Status

Cancel a Request for A-to-z
Guarantee Refund

Appeal a Denied A-to-z
Guarantee Refund

A-to-Z Guarantee

A-to-z Claims Process Terms
and Conditions

**A-to-z Guarantee for
Property Damage and
Personal Injury**

## Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password

**Find more solutions**

Ordering › Ordering From Third-Party Sellers › A-to-z Guarantee ›

# A-to-z Guarantee for Property Damage and Personal Injury

The A-to-z Guarantee claims Process for Property Damage and Personal Injury
supports customer compensation requests where a defective product purchased
on Amazon.com causes property damage or personal injury. This includes products
sold by Amazon or third-party sellers.

**Frequently Asked Questions**

**When am I eligible to file an A-to-z Guarantee claim for Property Damage and Personal
Injury?**

You can file an A-to-z Guarantee claim for Property Damage and Personal Injury when the
following conditions are met:

- Defective products purchased on Amazon.com caused property damage or personal
  injury;
- AND the incident (property damage or personal injury) occurred within the last 90
  days;
- AND the product was purchased on Amazon.com.

**How do I file an A-to-z Guarantee claim for Property Damage and Personal Injury?**

You can file an A-to-z Guarantee claim for Property Damage and Personal Injury by contacting
our Customer Service.

1. Select Customer Service from your account section on Amazon.com.
2. Select **Help with Something else.**
3. Select **Something else.**
4. Select **I need more help.**
5. Select either **Request a phone call** or **Chat with us** to report the issue.

**How soon must I file an A-to-z Guarantee claim for Property Damage and Personal Injury?**

If you file an A-to-z Guarantee claim for Property Damage and Personal Injury to request
compensation, you must do so within 90 days after the incident occurs.

**What evidence can I provide to support my A-to-z Guarantee claim for Property Damage
and Personal Injury?**

To investigate your A-to-z Guarantee claim for Property Damage and Personal Injury, you'll
need to provide evidence of your loss, like insurance records, photographs, repair bills, wage
records, or medical bills.

**How do I provide evidence to support the investigation of my A-to-z Guarantee claim for
Property Damage and Personal Injury?**

To add more details or upload attachments:

1. Go to Your Orders.
2. Locate your order in the orders list.
3. Select **Problem with order.**
4. Next to the relevant order, navigate to **Refund request status.**

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM    INDEX NO. 159912/2025

NYSCEF DOC. NO. 4    RECEIVED NYSCEF: 07/28/2025

5. Select **Upload** to submit supporting attachments as evidence.

You can submit files with a max. 20-MB size in the following format: PDF, JPG, JPEG, PNG.

You'll receive an email notification when our investigation is complete. If more information is needed, our A-to-z Guarantee for Property Damage and Personal Injury team will inform you via email.

To avoid suspension of your request, provide the requested information within 72 hours of receiving the email communication.

**What if I don't have the required evidence supporting my A-to-z Guarantee claim for Property Damage and Personal Injury?**

Missing supporting evidence may result in a denial of your claim. Ensure to collect all evidence before you file an A-to-z Guarantee claim for Property Damage and Personal Injury.

**I have successfully filed an A-to-z Guarantee claim for Property Damage and Personal Injury. What's next?**

Within 72 hours, you'll receive a request from Amazon or our third-party administrator to provide evidence supporting your claim.

We'll work with you directly or through our external claims administrator to collect information, investigate the claim, and attempt to facilitate a resolution with you, our selling partner and their insurance providers.

**How do I view the status of my A-to-z Guarantee claim for Property Damage and Personal Injury?**

To view the status of your claim:

1. Go to Your Orders.
2. Locate your order in the orders list.
3. Select **Problem with Order**.
4. The current status of the claim is displayed in the **Refund Request Status** section.

Updates related to your claim will be sent to the email address associated with your account.

**If my claim is approved, how will I receive my compensation?**

**If your claim is approved**, you'll receive an email confirmation about the approval from Amazon or our third-party administrator. This email notification will contain an offer of compensation and details on how to accept the offer.

**How do I withdraw my A-to-z Guarantee claim for Property Damage and Personal Injury?**

1. To cancel your claim request:
2. Go to Your Orders.
3. Locate the order associated with the claim.
4. Select **Problem with order**.
5. Select **Cancel refund** and enter your comments regarding the claim withdrawal in the text box.
6. Select **Submit**.

**How do I appeal the decision regarding my A-to-z Guarantee claim for Property Damage and Personal Injury?**

If your A-to-z Guarantee claim for Property Damage and Personal Injury was denied and you have more information we can review, you can submit an appeal within 30 calendar days of the decision.

To submit an appeal:

1. Compile all evidence (for example: insurance records, photographs, repair bills, wage records, or medical bills) for your appeal.
2. Go to Your Orders.
3. Locate the order associated with the claim.
4. Select **Problem with order**.
5. Select **Add more details**.
6. Enter your comments supporting the appeal in the text box and upload more evidence.
7. Select **Submit**.

**Note**: Missing supporting evidence may result in a denial of your appeal. Ensure to collect all evidence before you submit an appeal regarding your A-to-z Guarantee claim for Property Damage and Personal Injury.

FILED: NEW YORK COUNTY CLERK 07/28/2025 03:29 PM

NYSCEF DOC. NO. 4

INDEX NO. 159912/2025

RECEIVED NYSCEF: 07/28/2025

**Is there anything else I must know?**

The A-to-z Guarantee for Property Damage and Personal Injury doesn't cover digital items, payments for services, stored value instruments such as gift cards, or products sold through other stores by parties who might otherwise be affiliated with Amazon.

We reserve the right to determine the amount, if any, to offer you to resolve your claim, and we may reject claims that we believe are unsubstantiated, frivolous, or abusive, or claims that aren't covered by the A-to-z Guarantee Claims Process.

Any offers of compensation made through the A-to-z Guarantee for Property Damage and Personal Injury will be limited to:

- The purchase price of the product **AND**
- compensation of up to $1 million for medical expenses, lost wages, and property damage caused by a defective product purchased on Amazon.com.

If you have already received compensation from another source such as the seller or manufacturer, you won't be eligible for recovery through the A-to-z Guarantee for Property Damage and Personal Injury.

**Note**: For general information about our A-to-z Guarantee for products sold and fulfilled by a third-party seller, visit A-to-z Guarantee. All claims are subject to the A-to-z Guarantee Claims Process Terms and Conditions.

Was this information helpful?

Yes    No

JAROSLAWICZ & JAROS PLLC

225 BROADWAY, 24TH FLOOR

NEW YORK, NEW YORK 10007

FIRST-CLASS



US POSTAGE (IMI)PITNEY BOWES

ZIP 10007
02 7H
0001233276       JUL 29 2025

$ 003.00⁰

**JAROSLAWICZ & JAROS PLLC**
ATTORNEYS AT LAW
225 Broadway, 24th Floor
New York, New York 10007

AMAZON.COM, INC. A/K/A AMAZON.COM SERVICES,
INC. D/B/A AMAZON.COM
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW, SUITE 304
TUMWATER, WA 98501
ATTN: LEGAL DEPARTMENT - LEGAL PROCESS