UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANNABELLE LAGUARDIA,  :
                               Plaintiff,  :     25 Civ. 7954 (LGS)
                                           :
                   -against-  :     <u>ORDER</u>
                                           :
AMAZON.COM, INC.,  :
                               Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this action on November 18, 2025. As discussed at the conference, it is hereby

      **ORDERED** that, by **December 2, 2025**, the parties shall file a proposed discovery confidentiality order. It is further

      **ORDERED** that when and if the case is resolved by settlement, and in any event, no later than **February 16, 2026**, the parties shall file a status letter regarding the progress of settlement discussions.

      A settlement referral and case management plan will issue separately.

Dated: November 19, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE