UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anabelle LaGuardia,<br><br>                    Plaintiff,<br><br>        -against-<br>Amazon.com, Inc., et al.,<br><br>                    Defendants. | 25-CV-07954 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Tuesday, January 27, 2026  at 2:00 p.m.** to be held by video conference. The Courtroom Deputy will send the conference details to counsel.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **January 20, 2026**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  November 25, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge