UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

ANNABELLE LAGUARDIA,                :
                        Plaintiff,    :
                                             :                25 Civ. 7954 (LGS)
             -against-             :
                                             :                 **ORDER**
AMAZON.COM, INC.,                 :
                       Defendant.   :
                                             :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 24, 2026, Plaintiff filed a First Amended Complaint in this action, adding Giantex Inc. as a Defendant.

WHEREAS, the Civil Case Management Plan and Scheduling Order entered November 19, 2025, ordered that no additional parties may be joined without leave of Court after February 18, 2026, and that amended pleadings may be filed without leave of Court only until February 18, 2026.

WHEREAS, Plaintiff did not seek leave to file the First Amended Complaint. It is hereby

**ORDERED** that the First Amended Complaint is stricken for failure to seek leave to file the document. It is further

**ORDERED** that, by **March 4, 2026**, Plaintiff shall file a letter motion seeking leave to file an amended complaint, including a version of the proposed pleading marked to show changes from the operative Complaint in accordance with Local Civil Rule 15.1. The letter shall state whether Defendant Amazon.com, Inc., consents to the requested relief.

The Clerk of Court is respectfully directed to strike Dkt. 26.

Dated: February 25, 2026
       New York, New York

                                      LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**